UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 09, 2014

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | James Ezra Voyce, II | Docket No. | 0980 2:13CR02109-FVS-4 |

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Kevin J. Crawford, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant James Ezra Voyce, II who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the Court at Yakima, Washington, on the 3rd day of January 2014, under the following conditions:

**Condition #1:** Defendant shall advise the supervising pretrial services officer and defense counsel within 1 business day of any charge, arrest, or contact with law enforcement.

**Condition #12:** The defendant is placed with Lezlee A. Smith, who agrees to sign a copy of this order, to be kept in the pretrial services file: supervise the defendant consistent with all the conditions of release; use every effort to assure the appearance of the defendant at all scheduled court proceedings; and to notify the Court immediately in the event the defendant violates any conditions of release or disappears.

**Condition #17:** Refrain from any use of alcohol.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: The defendant is alleged to be in violation of his condition of pretrial supervision in that he failed to report contact with law enforcement on May 6, 2014, to his pretrial services officer.

**Violation #2**: The defendant is alleged to be in violation of his condition of pretrial supervision, as his third party custodian Ms. Lezlee A. Smith no longer wants to be a third party custodian for the defendant and does not wish to have defendant reside with her due to the defendant's behavior, which included consuming alcohol on May 6, 2014.  She further advised she is currently fearful of the defendant due to his recent disrespectful and unpredictable behavior.

**Violation #3**: The defendant is alleged to be in violation of his pretrial condition by using alcohol on May 6, 2014.  The defendant was reported to be using alcohol on May 6, 2014.  When questioned by Supervising United States Probation Officer Cal Bouma in the Western District of Washington, on May 9, 2014, the defendant admitted to consuming alcohol on May 6, 2014, as previously reported by his third party custodian, Ms. Smith.

      PRAYING THAT THE COURT WILL ORDER A WARRANT

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on:   May 9, 2014 |
| | by | s/Kevin J. Crawford |
| | | Kevin J. Crawford
U.S. Pretrial Services Officer |

PS-8
Re: Voyce, II, James Erza
May 9, 2014
Page 2

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

*James P Hutton*
Signature of Judicial Officer

5/09/2014
Date